NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

In the Interest of MB, RB, and RB,
children.

D.B.,

        Appellant,

v.

DEPARTMENT OF CHILDREN AND
FAMILIES and GUARDIAN AD LITEM
PROGRAM,

        Appellees.

Case No. 2D18-1965

Opinion filed October 3, 2018.

Appeal from the Circuit Court for Collier
County; Joseph Foster, Judge.

David J. Joffe of Joffe Law, P.A., Ft.
Lauderdale, for Appellant.

Meredith K. Hall, Appellate Counsel,
Children's Legal Services, Bradenton,
for Appellee Department of Children
and Families.

Thomasina Moore, Statewide Director
of Appeals, and Laura J. Lee, Appellate
Counsel, Guardian ad Litem Program,
Sanford, for Appellee Guardian Ad
Litem Program.

PER CURIAM.

Affirmed.

CASANUEVA, SLEET, and LUCAS, JJ., Concur.